AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

# United States District Court

District: **of Massachusetts**

| Name | James Freeman, III | Prisoner No. W66195 | Case No. |
|---|---|---|---|

Place of Confinement: M.C.I., Cedar Junction, P.O. Box 100, S. Walpole, MA 02071

Name of Petitioner (include name under which convicted): **James Freeman, III**

Name of Respondent (authorized person having custody of petitioner): **v. David Nolan**

MAGISTRATE JUDGE DEIN

The Attorney General of the State of: **Massachusetts, Thomas F. Reilly**

05-11383

## PETITION

1. Name and location of court which entered the judgment of conviction under attack: **Superior Court of Worcester County, Courthouse, 2 Main Street, Worcester, MA 01608**

2. Date of judgment of conviction: **March 12, 1999**

3. Length of sentence: **Natural Life**

4. Nature of offense involved (all counts): **1. Armed Assault w/ Intent to murder; 2. Armed House Invasion; 3. Burglary; 4. Masked Armed Robbery; 5. Assault And Battery w/ a dangerous weapon; 6. First Degree Murder**

5. What was your plea? (Check one)
   (a) Not guilty ☒
   (b) Guilty ☐
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☒
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court __Supreme Judicial Court__

   (b) Result __Judgment Affirmed__

   (c) Date of result and citation, if known __Canin v. Freeman, 442 Mass. 779 (2004)__

   (d) Grounds raised __Insufficient Evidence of Joint Venture; Denial of due Process; Improper Closing Argument; Improper Removal of Juror; Ineffective Assistance; Improper Denial of New Trial And Evidentiary Hearing; Cumulative Error, Insufficient Evidence, etc. Warranted Reduction of Verdict.__

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court _____

   (2) Result _____

   (3) Date of result and citation, if known _____

   (4) Grounds raised _____

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court _____

   (2) Result _____

   (3) Date of result and citation, if known _____

   (4) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☐    No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____

    (2) Nature of proceeding _____

    (3) Grounds raised _____

(3)

AO 241 (Rev. 5/85)

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
  Yes ☐    No ☐

(5) Result _____

(6) Date of result _____

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____

(2) Nature of proceeding _____

_____

(3) Grounds raised _____

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
  Yes ☐    No ☐

(5) Result _____

(6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
  (1) First petition, etc.    Yes ☐    No ☐
  (2) Second petition, etc.   Yes ☐    No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
  Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A. Ground one: Insufficient Evidence Of Joint Venture To Commit Premeditated Murder And Assault With Intent To Murder, And Improper Felony Murder Instruction Permitting Conviction On Insufficient Evidence.

Supporting FACTS (state *briefly* without citing cases or law): Because There Was No Evidence Of A Joint Venture To Commit Premeditated Murder, And The Jury's Verdict Did Not Specify Its Premise, That Portion Of The Murder Conviction Was Not Proven Beyond A Reasonable Doubt; Because No Evidence Proved A Joint Venture To Commit An (Cont...

B. Ground two: Denial Of Due Process And The Right To Present A Defense By Permitting A Relevant Witness To Claim A Blanket Fifth Amendment Privilege Without An Entitlement Thereto.

Supporting FACTS (state *briefly* without citing cases or law): Prejudicial Error, Which Denied Petitioner His State And Federal Due Process Rights, Occurred When A Witness, Who Would Have Contradicted A Cooperating Co-Defendant's Testimony, Was Permitted To Claim A Blanket Fifth Amendment Privilege Without (Cont...

(5)

AO 241 (Rev. 5/85)

C.   Ground three: ~~The~~ Improper Mischaracterization Of The Role Of Cooperating Witnesses And Improper Suggestion During Closing That The Government Knew Petitioner Committed The Shooting At Issue.

Supporting FACTS (state *briefly* without citing cases or law) During His Closing Argument, The Prosecutor Prejudicially Mischaracterized The Role Played By Cooperating Witnesses And Improperly Suggested That The Government Knew, Independly From The Evidence, That Petitioner Was The Shooter In The Case, Violating...

D.   Ground four: Improper Excusal Of A Deliberating Juror Causing Prejudice To Petitioner

Supporting FACTS (state *briefly* without citing cases or law) Because The Trial Judge's Conclusion That A Deliberating Juror Was Unable To Continue Was Based Upon Insufficient Evidence, It Was Prejudicial Constitutional Error To Order Her Replaced.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐       No ☐

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

    (a)   At preliminary hearing _____

    (b)   At arraignment and plea Theodore W. Harris, 71 Pleasant Street, Worcester, MA 01609

(6)

AO 241 (Rev. 5/85)

(c) At trial  Theodore M. Harris, 71 Pleasant Street, Worcester, MA 01609

(d) At sentencing  (same as trial)

(e) On appeal  Charles K. Stephenson, P.O. Box 266, South Hadley, MA 01075

(f) In any post-conviction proceeding  _____

(g) On appeal from any adverse ruling in a post-conviction proceeding  _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?
    Yes ☒     No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐     No ☒
    (a) If so, give name and location of court which imposed sentence to be served in the future:  _____

    (b) Give date and length of the above sentence:  _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
        Yes ☐     No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_____
(date)

_____
Signature of Petitioner

(7)

Supporting Facts, Ground One, Cont...

Assault With Intent To Murder This Portion Of The Conviction Was Not Proven Beyond A Reasonable Doubt; Due To An Error In The Felony Murder Instructions The Conviction Was Obtained Without Proof Of A Seperate Predicate Felony, In Violation Of The Fifth, Sixth And Fourteenth Amendments To The United States Constitution;

Supporting Facts, Ground Two, Cont...

Any Demonstration Of Entitlement Thereto.

[8]

**Supporting Facts, Ground Three, Cont...**

Rights Secured To Petitioner By The Fifth, Sixth, And Fourteenth Amendments To The United States Constitution;

**E. Ground Five:** <u>Claims by Petitioner To The Superior Court Based On Newly Discovered Evidence And Ineffective Assistance Were Improperly Denied Absent An Evidentiary Hearing</u>

**Supporting FACTS:** In His motion For A New trial, Filed After His Conviction But Before His Direct Appeal, Petitioner's Arguments That He Was Denied Access To Exculpatory Evidence, And That His Trial Attorney Was Ineffective, Was Improperly Denied Without An Evidentiary Hearing, In Violation of Rights Secured To Him By The Fifth, Sixth And Fourteenth Amendments To The U.S. Constitution.

[9]

**F. Ground Six:** Due To The Cumulative nature Of The Trial Errors Committed By Counsel, As Well As The Insufficiency Of Evidence Of Guilt, And The Evidence Of Intoxication Of The Alleged Participants Of The Crime, The Verdicts Should Have Been Reduced Or A New Trial Afforded Petitioner.

**Supporting Facts:** Because Of The Cumulative Prejudicial Effects Of Errors In The Conduct Of Petitioners Trial Attorney, The Insufficient Evidence Of Guilt And The Evidence Suggesting That Petitioner Was No More Culpable Than A Group Of Co-Defendants Who Were Prosecuted With Indifference, And The Evidence That The Alleged Participants In The Crime Were Under The Influence Of Drugs, The Verdict Should Be Reduced And Or A New Trial Afforded Petitioner.

10

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
James Freeman, III

**DEFENDANTS**
David Nolan

(b) County of Residence of First Listed Plaintiff: Norfolk
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Norfolk
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Pro Se
P.O. Box 100
S. Walpole, MA 02071

05-11383-PBS

Attorneys (If Known)
Thomas F. Reilly
One Ashburton Place
Boston, MA 02108

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  ☒ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  |  |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause: Habeas Corpus Action Challenging State Conviction.

## VII. REQUESTED IN COMPLAINT: N/A
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY: N/A
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: June , 2005
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) **Freeman V. Nolan**

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

    ___ I.   160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

    ___ II.  195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
             740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.          for patent, trademark or copyright cases

    ___ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.

    ✓ IV.    220, 422, 423, 430, 460, 480, 490, 510, **530**, 610, 620, 630, 640, 650, 660,
             690, 810, 861-865, 870, 871, 875, 900.

    ___ V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

    _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

    YES ☐    NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

    YES ☐    NO ☑

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

    YES ☐    NO ☑

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

    YES ☐    NO ☑

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

    YES ☑    NO ☐

    A. If yes, in which division do all of the non-governmental parties reside?

       Eastern Division ☐    Central Division ☑    Western Division ☐

    B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

       Eastern Division ☐    Central Division ☐    Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

    YES ☐    NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME **James Freeman, III, Pro Se**
ADDRESS **P.O. Box 100, S. Walpole, MA 02071**
TELEPHONE NO. **(Prisoner)**

(CategoryForm.wpd -5/2/05)