ATTORNEY ASSIGNMENT REQUEST

Petitioner: James Freeman III         Case Number:   05-CV-11383-PBS

Date of Appointment: 5/20/08          Appointed by: Saris, D.J.

Attorney Withdrawn: n/a               Date of Withdrawal:

Reason for Withdrawal:

Number of Counts:    n/a

Charge(s) and Cite(s):

Indictment:            Information:            Probation Revocation:

Number of Defendants:


Judge Code: 0129


Special Instructions: Appoint of Counsel from Habeas Panel to represent Petitioner in his 2254 Petition for Writ of Habeas Corpus.




/s/ Robert C. Alba
Deputy Clerk

Date: May 20, 2008

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION
MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

**Freeman Attorney Assignment Form.wpd**

[attyreq.;kattyreq.]