UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES FREEMAN II                    NO 1:05-CV-11383
      V
DAVID NOLAN                          6/15/08

To. Clerk
United States District Court
Office of the Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston Mass. 02210

Dear Clerk:
I'am writing to ask for a little assistance, inside is a copy of two motion I file with this court one to reopen my case and one for motion of counsel. Both motions were granted by her Honor Patti B. Saris on 5/21/08. I'am a little bit confuse because it does not say the lawyer name that being appointed to my case. My question is do I wait until the court send me a lawyer name who they have appointed or is the court still in the process of appointing a counsel that why a lawyer name wasn't on the granting the motion for counsel copy that was sent to me? If you can "please" inform how this work or what to do, I will be very greatful.

Very Truly
James Freeman II - W66195
MCI Cedar Junction
P.O. Box 100
South Walpole Mass.
02071

Case Name: ☐Freeman v. Nolan

Case Number: r 1:05-cv-11383

James Freeman, 111
P.O. Box 100
South Walpole, MA 02071
|||....|.|||...|...|...|||.|

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was entered on 5/21/2008 at 1:48 PM EDT and filed on 5/20/2008
Case Name:      Freeman v. Nolan
Case Number:    1:05-cv-11383
Filer:
WARNING: CASE CLOSED on 12/28/2005
Document Number:        No document attached

Docket Text:
Judge Patti B. Saris: Electronic ORDER entered granting [4] Motion to Appoint Counsel (Patch, Christine)

1:05-cv-11383 Notice has been electronically mailed to:

Thomas F. Reilly  reillyt@gtlaw.com

1:05-cv-11383 Notice will not be electronically mailed to:

James Freeman, 111
P.O. Box 100
South Walpole, MA 02071

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was entered on 5/21/2008 at 1:49 PM EDT and filed on 5/20/2008
Case Name:     Freeman v. Nolan
Case Number:   1:05-cv-11383
Filer:
Document Number:     No document attached

Docket Text:
Judge Patti B. Saris: Electronic ORDER entered granting [3] Motion to Reopen Case (Patch, Christine)

1:05-cv-11383 Notice has been electronically mailed to:

Thomas F. Reilly  reillyt@gtlaw.com

1:05-cv-11383 Notice will not be electronically mailed to:

James Freeman, 111
P.O. Box 100
South Walpole, MA 02071